**WHITE BUFFALO CONSTRUCTION, INC., Plaintiff–Cross Appellant,**

v.

**UNITED STATES, Defendant–Appellant.**

Nos. 02–5109, 02–5110.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2002.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Tommy L. HUBBERT, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7317.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2002.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Barbara VOLCY, Petitioner,**

v.

**DEPARTMENT OF DEFENSE, Respondent.**

No. 02–3286.

United States Court of Appeals, Federal Circuit.

Aug. 13, 2002.

**ORDER**

The petitioner having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.